UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LUVERNE TULOWETZKE, | CIV. No. 14-704 (SRN/JSM) |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The above matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 24, 2015. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Dismiss for Lack of Prosecution [Docket No. 11] is **GRANTED.**

2. This matter is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 10, 2015

s/Susan Richard Nelson
Susan Richard Nelson
United States District Court